IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DANNY JOE ALMOND | : 1:21CR301-1 |
| DOUGLAS WAYNE MAULDIN | : 1:21CR301-2 |

The Grand Jury charges:

## COUNT ONE

On or about October 23, 2019, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, DANNY JOE ALMOND and DOUGLAS WAYNE MAULDIN did unlawfully transport and cause to be transported in interstate commerce stolen motor vehicles, that is, a 1999 Kenworth truck, bearing a vehicle identification number of 1NKDX6EX6XJ816767, a Weiler 1648 Paver, bearing unknown serial number, a Bomag 500-900 Roller, bearing unknown serial number, and a Caterpillar 242D Skid Steer, bearing serial number DZT04717, from the State of South Carolina to the State and Middle District of North Carolina, knowing the same to have been stolen; in violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT TWO

On or about October 23, 2019, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, DANNY JOE ALMOND and DOUGLAS WAYNE MAULDIN did unlawfully transport in interstate commerce stolen goods of a value in excess of $5,000, that is, an Eager Beaver 24-foot trailer and a Skid Steer bucket attachment, from the State of South Carolina to the State and Middle District of North Carolina, knowing the same to have been stolen; in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT THREE

On or about October 23, 2019, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, DANNY JOE ALMOND and DOUGLAS WAYNE MAULDIN did knowingly possess stolen motor vehicles, that is, a 1999 Kenworth truck, bearing a vehicle identification number of 1NKDX6EX6XJ816767, a Weiler 1648 Paver, bearing unknown serial number, a Bomag 500-900 Roller, bearing unknown serial number, and a Caterpillar 242D Skid Steer, bearing serial number DZT04717, which had crossed a State boundary after being stolen, to wit: said motor vehicles being stolen on or about October 23, 2019, in Pageland, South Carolina and subsequently brought into the State and Middle District of North Carolina,

2

Case 1:21-cr-00301-TDS    Document 1    Filed 08/30/21    Page 2 of 3

knowing the same to have been stolen; in violation of Title 18, United States Code, Sections 2313 and 2.

## COUNT FOUR

On or about October 23, 2019, in the County of Stanly, in the Middle District of North Carolina, and elsewhere, DANNY JOE ALMOND and DOUGLAS WAYNE MAULDIN did knowingly possess, conceal, and store certain stolen goods, that is, an Eager Beaver 24-foot trailer and a Skid Steer bucket attachment, of a value of $5,000 or more, which had crossed a State boundary after being stolen, to wit: said goods being stolen on October 23, 2019, in Pageland, South Carolina, and subsequently brought in the State and Middle District of North Carolina, knowing the same to have been stolen; in violation of Title 18, United States Code, Sections 2315 and 2.

DATED: August 30, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON